## WILSON *against* FINNEY.

Where A. delivered six sheep to B., on an agreement that, at the end of a year, B. would deliver A. an equal number of sheep of equal value, it was held that the property in the sheep was changed, and that B. was bound to deliver six sheep of equal value to A. at the expiration of the year, although part of the sheep had been taken under an attachment against A.

IN ERROR, on *certiorari* to a justice's court.

Some time in *June*, 1812, the plaintiff in error, who was also plaintiff in the court below, delivered to the defendant six sheep, in consideration whereof the defendant promised and undertook to return and deliver to the plaintiff, at the expiration of one year, an equal number of sheep, of equal value, and also one pound of wool per head for each sheep. The defendant had neglected to deliver the sheep according to his agreement. It further appeared that four of the sheep had been given up by the defendant, as the property of the plaintiff, on an attachment issued against him, in favour of one of his creditors, on the creditor indemnifying the defendant. A verdict and judgment were given for the defendant in the court below.

*Per Curiam.* This judgment cannot be supported. There is no colour for depriving the plaintiff of a recovery for the value of two sheep, as there is no pretence that more than four were taken under the attachment against him. But the plaintiff

was entitled to recover for the whole number. The property in the sheep, delivered by the plaintiff, was changed, and duly vested in the defendant. He was under no obligation to return the same sheep, but only those of equal value. They were at his absolute disposal and risk.